IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KATHY MATTHEWS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-1783 |
| | § | |
| CITY OF HOUSTON FIRE | § | |
| DEPARTMENT, *et al.,* | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on March 10, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge